UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCELINO CAMACHO and MARIA CAMACHO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTMENT AGENCY, et al.,<br><br>Defendants. | No. CV-06-5040-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court without oral argument; Now, therefore

**IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rule of Civil Procedure 56(f), the motion for partial summary judgment brought by Luis Ojeda and "Jane Doe" Ojeda (**Ct. Recs. 34, 41**) is denied with leave to re-file.

2. The plaintiffs' motion to conduct additional discovery (**Ct. Rec. 43**) is granted.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___30th___ day of May, 2007.

                                s/ Fred Van Sickle
                              Fred Van Sickle
                        United States District Judge

ORDER - 1