AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARCELINO CAMACHO and MARIA CAMACHO,

v.

NATIONAL CREDIT ADJUSTMENT AGENCY, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-5040-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all remaining claims in this case are hereby dismissed with prejudice.

March 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb